**Order entered January 12, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01551-CV

## WARREN CHEN AND DYNACOLOR, INC., Appellants

## V.

## RAZBERI TECHNOLOGIES, INC., THOMAS J. GALVIN, LIVEOAK VENTURE PARTNERS I, L.P., LIVEOAK VENTURES PARTNERS 1A, L.P., KENNETH L. AND VIRGINIA T. BOYDA, AS TRUSTEES OF THE BOYDA FAMILY REVOCABLE TRUST DATED 10/12/1990, AND JIRI AND ROSEMARY MODRY, AS TRUSTEES OF THE JRAM TRUST UDT 8/12/1996, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16568**

### ORDER

We withdraw the Court's order of February 5, 2021 and, in view of recent supplementations to the clerk's record, **ORDER** that, should either party wish to file a supplemental brief addressing the supplemental records, the merits of the pending motions or any issue pending before the court, that they do so according to the following deadlines. **Appellants** are to file a supplement brief, if any, **on or**

**before 10 days** of the date of this Order. **Appellees** are to file a supplemental brief or response, if any, **on or before 10 days** following the filing of Appellants' supplemental brief.


/s/    DAVID J. SCHENCK
        JUSTICE